UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00136-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JAVION SCOTT | |

On motion of the Defendant, Javion Scott, and for good cause shown, it is hereby ORDERED that DE 65 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 6th day of June 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge