UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Javion Scott**                    **Docket No. 5:17-CR-136-1M**

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Javion Scott, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 18 U.S.C.§924(a)(2), Possession of a Firearm by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 14, 2018, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Javion Scott was released from custody on October 12, 2022, at which time the term of supervised release commenced.

On October 12, 2022, this case was reassigned to the Honorable Richard E. Myers II, Chief U.S. District Court Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a 2009 conviction for Second Degree Sexual Offense out of Cumberland County, North Carolina. He is required to register for life as an aggravated offender. It is recommended that a special condition be added to include a sex offender assessment to determine if there is a risk and or need for treatment along with any further sex-offense specific special conditions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2539
Executed On: October 13, 2022

**Javion Scott**
**Docket No. 5:17-CR-136-1M**
**Petition For Action**
**Page 2**

**ORDER OF THE COURT**

Considered and ordered this ___14th___ day of ___October___, 2022, and ordered filed and made a part of the records in the above case.

___Richard E Myers II___

Richard E. Myers II
Chief U.S. District Judge