IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cr-136-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVION SCOTT,

    Defendant.

ORDER

This matter comes before the court on Defendant's motion for early termination of supervised release [DE 86]. Defendant was convicted for possession of a firearm as a convicted felon and was sentenced to an imprisonment term of 78 months. Since his release on October 12, 2022, he has complied with all conditions of supervised release and reportedly maintains a good working relationship with his supervising probation officer. DE 86 at 3, 5. He currently seeks employment in long-distance hauling so that he can provide for his family. *See id.* at 3.

The court has reviewed the record in light of the governing standards. *See* 18 U.S.C. §§ 3553(a), 3583(e). Based on his current compliance with supervision and the need to find stable and desirable employment, the motion is GRANTED as follows. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the court MODIFIES his conditions of supervised release to allow "over-the-road" travel ~~such that~~ he can accept employment involving long-distance hauling.

SO ORDERED this __4th__ day of April, 2024.

                                                RICHARD E. MYERS II
                                              CHIEF UNITED STATES DISTRICT JUDGE